■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLEM EUGENE SHELDON v. JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al. — Motion for an order releasing and discharging the relator-appellant from the custody of the defendants-respondents denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ CAMILLE WEISNER v. SIDNEY WEISNER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ LAWRENCE P. WARING v. NOBE E. STEIN, as Acting Director of Manhattan State Hospital.— Motion to strike portions of answer denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ (A) NEW YORK PLUMBERS SPECIALTIES COMPANY, INC. v. COLUMBIA CASUALTY COMPANY. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. (B) CHARLES JOSEPH et al. v. EDWARD LITKE et al. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.— [In each action] Motion for a stay denied, with $10 costs.

■ ETHEL C. GEARING et al. v. JOSEPH A. KELLY et al. (3 Actions.) — Motion for a stay granted on condition that Joseph A. Kelly be examined by an impartial medical expert, appointed by the Supreme Court, New York County, and if found physically able to undergo an examination before trial, then such examination shall proceed forthwith. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ (A) WILLIAM BOTWINIK et al. v. LOUIS DLUGACZ et al. (2 Actions.) (B) In the Matter of the Arbitration between LEVINE & CO., INC., and B. BECKER & SON, LTD. (C) SHERRY SHUFFMAN v. FREDERICK SHUFFMAN. (D) In the Matter of the Arbitration between PROPER PRESS, INC., and TABARD PRESS CORP. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (E) SAM DRIER v. RANDFORCE AMUSEMENT CORP. et al. (2 Actions.) (F) In the Matter of JACK BRAUNSTEIN et al. v. ROBERT E. HERMAN, as State Rent Administrator, et al. (G) JANET SHAVER v. GILBERT ENGELS. (H) ANNETTE H. SLAFF v. JACOB FRIEDMAN. (I) HAROLD TILLMAN, an Infant, by His Guardian ad Litem, MARGIE TILLMAN et al. v. NEW YORK CITY HOUSING AUTHORITY et al. (J) IDA TELSNER v. NEW YORK CITY TRANSIT AUTHORITY. (K) SIGMUND POLLACK, Doing Business as AMERICAN PATENT & TRADEMARK BUREAU v. NEW YORK TELEPHONE COMPANY et al. (L) ARNOLD SCHILDHAUS et al. v. LEOFREED REALTY CORP. et al. (2 Actions.) Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached.

■ (A) STANDARD ACCIDENT INSURANCE COMPANY v. LEWIS ROTH et al. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DAVID READE. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.— [In each action] Motion for leave to appeal as a poor person denied.